Philip Heller, PLC (State Bar No. 113938)
ph@philipheller.com
Jerold Fagelbaum Esq. (State Bar No. 92584)
office@fhllplaw.com
**FAGELBAUM & HELLER LLP**
2049 Century Park East, Suite 4250
Los Angeles, California 90067-3254
Phone: (310) 286-7666 / Fax: (310) 286-7086

Attorneys for Wolfgang Puck Worldwide, Inc., Robert Kautz, Jr., Judy Lawrie, Donald Karas, and David Sculley

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re | Appeal No. |
| FLORICA, INC., | Case No. 2:06-bk 13630-RN |
| Debtor and Debtor-in-Possession | Chapter 11 |
| | Adv. Case No. 2:08-ap-01439-RN |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | **DEFENDANTS/APPELLANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE APPEAL FROM INTERLOCUTORY ORDER** |
| Plaintiff/Respondent | |
| v. | |
| WOLFGANG PUCK, an individual, WOLFGANG PUCK WORLDWIDE, INC., a Delaware corporation, ROBERT FREDERICK KAUTZ, JR., an individual, JUDY LAWRIE, an individual, DONALD KARAS, an individual, DAVID SCULLEY, an individual | **Date:** To Be Submitted<br>**Time:** To Be Submitted<br>**Ctrm:** To Be Submitted |
| Defendants/Appellants | |

17150\001\pld\10286730.DOC                    1

**TO PLAINTIFF/RESPONDENT AND ITS ATTORNEYS OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN** that Defendants/Appellants Wolfgang Puck Worldwide, Inc., Robert Kautz, Jr., Judy Lawrie, Don Karas, David Sculley move the above entitled Court for an Order Granting Leave To File An Appeal from the interlocutory order of the Bankruptcy Judge denying Defendant's Motion *In Limine* to Exclude The Testimony of Plaintiff's Expert Donald McConaughy and To Strike His Report.

The Motion is premised upon the following:

Pursuant to Federal Rules of Evidence 702 expert testimony is not admissible unless both relevant and reliable. Here Plaintiff's expert Daniel L. McConaughy has been retained pursuant to a *de facto* contingency fee agreement which is both unethical under professional standards and contrary to law. Any resulting testimony is intrinsically suspect and unreliable, and therefore could not assist the Jury. Defendant's Motion *In Limine* to Exclude The Testimony of Mr. McConaughy and To Strike His Report was denied by the Court on May 14, 2009. (Order entered on May 18, 2009)

Appeal from an interlocutory order of the Bankruptcy Court is permitted with leave of court pursuant to 28 U.S.C. § 158 (a) and (b).

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Jerold Fagelbaum with exhibits thereto, the Notice of Appeal concurrently filed by Defendants, as well as such other evidence that may produce at the time of the hearing on the Motion.

If you wish to oppose the Motion, you must file a written opposition with the Bankruptcy Court of the Central District of California, Los Angeles Division, no

/ / /

1  later than ten court days after service of this Notice and serving a copy of same on
2  Fagelbaum & Heller LLP 2049 Century Park East, Suite 4250, Los Angeles, CA
3  90067 (or alternatively file a notice of non-opposition).
4
5  Dated: May 28, 2009

**FAGELBAUM & HELLER LLP**
2049 Century Park East, Suite 4250
Los Angeles, California 90067-3254
Phone: (310) 286-7666
Fax: (310) 286-7086
office@fhllplaw.com

By: _____
Jerold Fagelbaum
Attorneys for Defendants/Appellants

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

In re Florica.

Case No. 2:06-bk-13630 RN (Adv. Case No. 2:08-ap-01439)

I hereby certify that on this 28th Day of May, 2009, a true and correct copy of **DEFENDANTS/APPELLANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE APPEAL FROM INTERLOCUTORY ORDER** document was served upon the person(s) listed below via CM/ECF electronic notification.

Plaintiff's Attorney (Official Committee of Unsecured Creditors)
Steven T. Gubner, Esq.
Richard D. Burstein, Esq.
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Phone: (818) 827-9000
Fax:   (818) 827-9099

Defendant Wolfgang Puck
c/o David L. Neale, Esq.
Michelle S. Grimberg, Esq.
Levene Neale Bender Rankin & Brill LLP
10250 Constellation Blvd. Suite 1700
Los Angeles, CA 90067

United States Trustee
Office of the United States Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90071

_____
Carl Kinnison

17150\001\pld\10286730.DOC         4