Philip Heller, PLC (State Bar No. 113938)
ph@philipheller.com
Jerold Fagelbaum Esq. (State Bar No. 92584)
office@fhllplaw.com
**FAGELBAUM & HELLER LLP**
2049 Century Park East, Suite 4250
Los Angeles, California 90067-3254
Phone: (310) 286-7666 / Fax: (310) 286-7086

Attorneys for Wolfgang Puck Worldwide, Inc., Robert Kautz, Jr., Judy Lawrie, Donald Karas, and David Sculley

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re | Appeal No. |
| | Case No. 2:06-bk 13630-RN |
| FLORICA, INC., | |
| Debtor and Debtor-in-Possession | Chapter 11 |
| | **Adv. Case No. 2:08-ap-01439-RN** |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | **NOTICE OF NON-RELATED CASES OR PENDENCY OF OTHER ACTIONS OR PROCEEDINGS.** |
| Plaintiff/Respondent, | |
| v. | L.R. 83-1.3; 83-1.4 |
| WOLFGANG PUCK, an individual, WOLFGANG PUCK WORLDWIDE, INC., a Delaware corporation, ROBERT FREDERICK KAUTZ, JR., an individual, JUDY LAWRIE, an individual, DONALD KARAS, an individual, DAVID SCULLEY, an individual | |
| Defendants/Appellants | |

Counsel for Defendants/Appellants are unaware of any other case pending in the District Court or Bankruptcy Court of the Central District of California related to the Adversary Case which is the subject of the concurrently filed Notice of Appeal (from an interlocutory order).

The Adversary Case which is the subject of the Notice of Appeal, however, is currently pending before the Bankruptcy Court for the Central District of California. Los Angeles Division, the Hon. Richard M. Neiter, Bankruptcy Judge presiding, Adv. Case No. 2:08-ap-01439-RN (In re Florica, Inc., Debtor and Debtor-in-Possession; The Official Committee of Unsecured Creditors, Plaintiff v. Wolfgang Puck, an individual, Wolfgang Puck Worldwide, Inc., a Delaware Corporation, Robert Frederick Kautz, Jr., an individual, Judy Lawrie, an individual, Donald Karas, an individual, David Sculley, an individual). (A motion for a stay of those proceedings has been filed with the Bankruptcy Court and is currently pending.

The names of the parties and the counsel in the trial proceedings are as follows:

<u>Plaintiff's Attorney (Official Committee of Unsecured Creditors)</u>
Steven T. Gubner, Esq.
Richard D. Burstein, Esq.
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Phone: (818) 827-9000
Fax: (818)827-9099

<u>Defendants Wolfgang Puck Worldwide, Inc., Robert Kautz, Jr., Judy Lawrie, Don Karas and David Sculley</u>
Philip Heller, Esq.
Jerold Fagelbaum, Esq.
Fagelbaum & Heller LLP
2049 Century Park East, #4250
Los Angeles, CA 90067
Phone: (310) 286-7666
Fax: (310) 286-7086

<u>Attorney For Debtor</u>
David Gould, Esq.
A Professional Corporation
23801 Calabasas Rd. Suite 2032
Calabasas, CA 91302
Telephone : 818-222-8092
Fax : 818.222.4803

<u>Defendant Wolfgang Puck</u>
David L. Neale, Esq.
Michelle S. Grimberg, Esq.
Levene Neale Bender Rankin & Brill LLP
10250 Constellation Blvd. Suite 1700
Los Angeles, CA 90067
Telephone 310-229-1234
Fax 310-229-1244

```
 1
 2  Presiding Judge                              United States Trustee
    Hon. Richard M. Neiter                       Office of the United States Trustee
 3  U.S. Bankruptcy Court                        725 S. Figueroa Street, 26th Floor
    Roybal Federal Building                      Los Angeles, CA 90071
 4  255 East Temple Street, Suite 1652
    Los Angeles, CA 90012
 5
 6
 7
    Dated: May 28, 2009
 8                                               FAGELBAUM & HELLER LLP
                                                 2049 Century Park East, Suite 4250
 9                                               Los Angeles, California 90067-3254
                                                 Phone: (310) 286-7666
10                                               Fax: (310) 286-7086
                                                 office@fhllplaw.com
11
12
13                                               By: _____
                                                    Jerold Fagelbaum
14                                                  Attorneys for Defendants/Appellants
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

In re Florica.

Case No. 2:06-bk-13630 RN (Adv. Case No. 2:08-ap-01439)

I hereby certify that on this 28th Day of May, 2009, a true and correct copy of **NOTICE OF NON-RELATED CASES OR PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** document was served upon the person(s) listed below via CM/ECF electronic notification.

Plaintiff's Attorney (Official Committee of Unsecured Creditors)
Steven T. Gubner, Esq.
Richard D. Burstein, Esq.
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Phone: (818) 827-9000
Fax:   (818) 827-9099

Defendant Wolfgang Puck
c/o David L. Neale, Esq.
Michelle S. Grimberg, Esq.
Levene Neale Bender Rankin & Brill LLP
10250 Constellation Blvd. Suite 1700
Los Angeles, CA 90067

United States Trustee
Office of the United States Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90071

/s/ Carl Kinnison