```
 1  STEVEN T. GUBNER - Bar No. 156593
    RICHARD D. BURSTEIN - Bar No. 56661
 2  TALIN KESHISHIAN - Bar No. 201830
    EZRA BRUTZKUS GUBNER LLP
 3  21650 Oxnard Street, Suite 500
    Woodland Hills, CA  91367
 4  Telephone:  818.827.9000
    Facsimile:   818.827.9099
 5  Email:       sgubner@ebg-law.com
                 rburstein@ebg-law.com
 6               tkeshishian@ebg-law.com

 7  Attorneys for the Official Committee of Unsecured Creditors
```

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:06-bk-13630-RN |
| FLORICA INC., fka Wolfgang Puck Casual Dining Inc., fka Wolfgang Puck Food Company, Inc. | Chapter 11 |
| Debtor. | Adversary Case No.  2:08-ap-01439-RN |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | **COMMITTEE'S PROPOSED COURT STATEMENT TO THE JURY** |
| Plaintiff, | |
| v. | **Date:** January 8, 2010<br>**Time:** 9:00 A.M.<br>**Place:** Courtroom 1645<br>United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 |
| WOLFGANG PUCK, an individual, WOLFGANG PUCK WORLDWIDE, INC., a Delaware corporation, ROBERT FREDERICK KAUTZ, JR., an individual, JUDY LAWRIE, an individual, DONALD KARAS, an individual, DAVID SCULLEY, an individual, | |
| Defendants. | |

-1-

The Official Committee of Unsecured Creditors, Plaintiff in the within adversary proceeding, respectfully proposes the following statement to be given by the Court to the jury at the commencement of the trial:

"Members of the Jury:

It is my responsibility to provide to you a short introduction to the nature of the trial which you will be involved with. I will later give you far more complete instructions on your role, my role and the law applicable to this trial. My instructions will also provide you further details with regard to how you are to discharge your responsibilities and deal with the evidence that will be presented to you, both by way of witnesses and by way of document.

What I would like to do now is simply tell you briefly a little bit about this lawsuit.

This lawsuit is what is called an "adversary proceeding", that is, a lawsuit in bankruptcy court related to a debtor's bankruptcy case. The Plaintiff, who has brought this lawsuit, is the Official Committee of Unsecured Creditors of this Debtor. The Defendants are Wolfgang Puck, Wolfgang Puck Worldwide, Inc., Robert Frederick Kautz, Jr., Judy Lawrie, Donald Karas and David Sculley. The Committee is organized under applicable bankruptcy law to represent the interest of the unsecured creditors holding claims they assert against the Debtor. The Debtor in this case is a company known as Florica, Inc., and was formerly known as Wolfgang Puck Casual Dining, Inc., and Wolfgang Puck Food Company, Inc. Before the bankruptcy filing, the corporation changed its name to Florica, Inc. The Defendants are each alleged to have had a varying relationship to the Debtor and the facts and circumstances of this adversary proceeding. While you will hear the words adversary proceeding used, you can simply understand that to be a lawsuit in relationship to the bankruptcy case of the Debtor, in this case Florica, Inc.

During the trial it is anticipated you will hear testimony from the following witnesses: Greg Aghamamoukian, Joseph Essa, Donald Karas, Robert F. Kautz, Jr., Judith Lawrie, Martin Levy, David Sculley, Dan McConaughy, M. Freddie Reiss, Barbara Lazaroff, James Stigall, Bud Dare, (Levy Witness), (Levy Witness), and Wolfgang Puck..

-2-

1  The Committee in this case is represented by its lawyers, Richard D. Burstein and Talin Keshishian of Ezra Brutzkus Gubner.  Wolfgang Puck is represented by his lawyers, _____, _____ and _____ of Levene, Neale, Bender, Rankin, & Brill and the Defendants Wolfgang Puck Worldwide, Inc., Robert Frederick Kautz, Jr., Judy Lawrie, Donald Karas and David Sculley are represented by their lawyers Philip Heller and Jerold Fagelbaum of Fagelbaum & Heller.

Three basics transactions are involved in this adversary proceeding, all occurring before bankruptcy.  The first transaction regards the sale of the "Express Format."  The Express Format was a food service format developed by the Debtor and sold in December of 2001 by the Debtor to Wolfgang Puck Worldwide, Inc., which is also a Defendant.  In this case, the Committee asserts various claims with regard to that sale, centering around whether or not the value the Debtor received for that sale was appropriate.  Both the Committee and the Defendants will present their evidence to you on this matter.

Another transaction that will be presented to you is that in or about September 2003, the Debtor sold its interests in a Grand Café located in Orlando, Florida as part of Disney World to the Levy Restaurant Group.  Once again, the Committee challenges the sufficiency of what was paid for that restaurant and both sides will present, again, their evidence on that point.

The other basic transaction in this matter will be a note modification.  By this note modification, a note reflecting money owed by a corporation jointly owned by Mr. Puck and his then wife Barbara Lazaroff was modified.  The Committee charges that the modification was not appropriate from the perspective of the Debtor and here again, the parties will provide their evidence to you.

The individual defendants, Wolfgang Puck. Robert Frederick Kautz, Jr., Judy Lawrie, Donald Karas, and David Sculley are each alleged to have been involved in the decision making regarding these three transactions just described.

Your role in this trial will be to hear the evidence and if you are able, to reach a verdict, or decision, on some or all of the claims and defenses presented to you. Please do not consider

-3-

1 anything that I have said to you in this introduction as expressing my opinion about this case. At

2 the point in time that I give you my more formal instructions, I will remind you that you should

3 not assume from anything that I have said to you that I have a view one way or another about this

4 case. The parties to this adversary proceeding, their lawyers and I appreciate the service that you

5 will provide during the course of this trial."

7 Dated: December 11, 2009                              EZRA BRUTZKUS GUBNER LLP

9                                               By:  /s/ Richard D. Burstein

10                                                   Richard D. Burstein
Attorneys for the Official Committee of
Unsecured Creditors

168065

-4-

| In re: FLORICA INC., fka Wolfgang Puck Casual Dining Inc., fka Wolfgang Puck Food Company, Inc.<br><br>Debtor(s).<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, Plaintiff, v. WOLFGANG PUCK, etc. | CHAPTER 7<br>CASE NUMBER 2:06-bk-13630-RN<br>Adv. Case Number 2:08-ap-01439-RN |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described **COMMITTEE'S PROPOSED COURT STATEMENT TO THE JURY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 11, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Jerold Fagelbaum    office@fhllplaw.com
- Michelle S Grimberg    msg@lnbrb.com, angela@lnbrb.com
- Philip Heller    office@fhllplaw.com
- David L. Neale    dln@lnbrb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Beth Ann R Young    bry@lnbrb.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 11, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed no later than 24 hours after the document is filed.</u>*

**SERVED VIA U.S. MAIL**

| Presiding Judge | Attorney for Debtor |
|---|---|
| Hon. Richard M. Neiter | David Gould |
| U.S Bankruptcy Court | David Gould, a professional corporation |
| Roybal Federal Building | 23975 Park Sorrento, Suite 200 |
| 255 East Temple Street, Suite 1652 | Calabasas, CA  91302-4011 |
| Los Angeles, CA 90012 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 11, 2009 | Jennifer Long | /s/ Jennifer Long |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-5-