1  STEVEN T. GUBNER - Bar No. 156593
   RICHARD D. BURSTEIN - Bar No. 56661
2  TALIN KESHISHIAN - Bar No. 201830
   EZRA BRUTZKUS GUBNER LLP
3  21650 Oxnard Street, Suite 500
   Woodland Hills, CA 91367
4  Telephone: 818.827.9000
   Facsimile:  818.827.9099
5  Email:    sgubner@ebg-law.com
             rburstein@ebg-law.com
6            tkeshishian@ebg-law.com

7  Attorneys for Plaintiff,
   The Official Committee of Unsecured Creditors,
8
                   UNITED STATES BANKRUPTCY COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10
                         LOS ANGELES DIVISION
11

| 12 | In re | Case No. 2:06-bk-13630-RN |
|----|-------|--------------------------|
| 13 | FLORICA INC., fka Wolfgang Puck Casual Dining Inc., fka Wolfgang Puck Food Company, Inc. | Chapter 11 |
| 14 | | |
| 15 | Debtor. | Adv. Case No. 2:08-ap-01439-RN |
| 16 | | |
| 17 | THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | **STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING ON SETTLEMENT** |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | WOLFGANG PUCK, an individual, WOLFGANG PUCK WORLDWIDE, INC., a Delaware corporation, ROBERT FREDERICK KAUTZ, JR., an individual, JUDY LAWRIE, an individual, DONALD KARAS, an individual, DAVID SCULLEY, an individual, | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |

25
26
27
28

-1-

1  It is Hereby Stipulated, by and among the parties hereto, through their respective counsel
2  that the within adversary proceeding shall be dismissed with prejudice, all parties to bear their
3  own fees and costs, the Court having approved a compromise of this adversary proceeding.

Dated: JULY 30, 2010

EZRA BRUTZKUS GUBNER LLP

By: _____
Richard D. Burstein
Attorneys for, Plaintiff, The Official Committee
of Unsecured Creditors

Dated: 7/30, 2010

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P

By: _____
David L. Neale
Attorneys for Wolfgang Puck

Dated: _____, 2010

FAGELBAUM & HELLER LLP

By: _____
Philip Heller
Attorneys for Wolfgang Puck Worldwide, Inc.,
Robert Frederick Kautz, Jr., Judy Lawrie,
Donald Karas, and David Sculley

217402