Philip Heller, PLC (SBN 113938)
Gregory M. Kennan (*pro hac vice*)
**FAGELBAUM & HELLER LLP**
2029 Century Park East, Suite 3550
Los Angeles, California 90067
Telephone:    (310) 286-7666
Facsimile:    (310) 286-7086
Attorneys for Wolfgang Puck Worldwide, Inc., Robert Kautz, Jr.
Judy Lawrie, Donald Karas, and David Sculley
Email: ph@fhllplaw.com; gmk@fhllplaw.com

David L. Neale (SBN 141224)
Michelle S. Grimberg (SBN 217327)
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234, Fax:  (310) 229-1244
Attorneys for Wolfgang Puck
Email: dln@lnbyb.com; msg@lnbyb.com

FILED & ENTERED

SEP 17 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pickett    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:06-bk-13630-RN |
| FLORICA INC., fka Wolfgang Puck Casual Dining Inc., fka Wolfgang Puck Food Company, Inc. | Chapter 11 |
| Debtor. | Adv. Case No. 2:08-ap-01439-RN |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | **ORDER APPROVING STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING ON SETTLEMENT** |
| Plaintiff, | |
| v. | **[No Hearing Required]** |
| WOLFGANG PUCK, an individual, WOLFGANG PUCK WORLDWIDE, INC., a Delaware corporation, ROBERT FREDERICK KAUTZ, JR., an individual, JUDY LAWRIE, an individual, DONALD KARAS, an individual, DAVID SCULLEY, an individual, | |
| Defendants. | |

-1-

In accordance with the Order Approving Motion for Approval of Compromise Proposed by the Official Committee of Unsecured Creditors with Certain Persons dated July 28, 2010, the parties to the within Adversary Proceeding have filed a Stipulation for Dismissal of Adversary Proceeding on Settlement (the "Stipulation").

Having reviewed the Stipulation, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved;

2. This Adversary Proceeding against all defendants is dismissed with prejudice; and

3. All parties are to bear their own fees and costs.

**IT IS SO ORDERED.**

###

DATED: September 17, 2010

_____
United States Bankruptcy Judge

-2-

| In re: FLORICA INC., etc.<br><br>The Official Committee of Unsecured Creditors v. Wolfgang Puck, etc. | Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:06-bk-13630-RN<br>ADV. NUMBER 2:08-ap-01439-RN |
|---|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described **ORDER APPROVING STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING ON SETTLEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September __, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 3, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Served Via First Class Mail Mail**

Presiding Judge
Hon. Richard M. Neiter
U.S Bankruptcy Court
Roybal Federal Building
255 East Temple Street, Suite 1652
Los Angeles, CA 90012

United States Trustee – LA
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 3, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Served Via Email**

Jerold Fagelbaum - office@fhllplaw.com
Michelle S Grimberg - msg@lnbrb.com, angela@lnbrb.com
Irving M Gross - img@lnbrb.com, angela@lnbrb.com
Philip Heller - ph@fhllplaw.com

David L. Neale - dln@lnbrb.com
Beth Ann R Young - bry@lnbrb.com
David Gould - dgould@davidgouldlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 September 3, 2010          Jennifer Long          /s/ Jennifer Long
 *Date*                    *Type Name*              *Signature*

| | |
|---|---|
| In re: FLORICA INC., etc.<br><br>Debtor(s).<br><br>The Official Committee of Unsecured Creditors v. Wolfgang Puck, etc. | CHAPTER 7<br>CASE NUMBER 2:06-bk-13630-RN<br>ADV. NUMBER 2:08-ap-01439-RN |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING ON SETTLEMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of
, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Richard Burstein    rburstein@ebg-law.com, ecf@ebg-law.com
- Jerold Fagelbaum    office@fhllplaw.com
- Michelle S Grimberg    msg@lnbrb.com, angela@lnbrb.com
- Irving M Gross    img@lnbrb.com, angela@lnbrb.com
- Philip Heller    ph@fhllplaw.com
- Talin Keshishian    tkeshishian@ebg-law.com, ecf@ebg-law.com
- David L. Neale    dln@lnbrb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Beth Ann R Young    bry@lnbrb.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Attorney for Debtor
David Gould
David Gould, a professional corporation
23975 Park Sorrento, Suite 200
Calabasas, CA 91302-4011

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

-4-